**No. 69796.**—Goodman & Weinberg *v.* United States, protests 63/12923(B) and 64/4506(B) (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.